Argued and submitted April 19, ballot title certified May 3, 1994

Ronald L. SAXTON,
*Petitioner,*

*v.*

Theodore R. KULONGOSKI,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Marsha ACKERLUND,
*Intervenor.*

(SC S41164)

871 P2d 1395

Steve Blackhurst, of Ater Wynne Hewitt Dodson & Skerritt, Portland, argued the cause and filed the petition for petitioner. With him on the petition was Lori Irish Bauman, Portland.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause and filed the response for respondent. With him on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Marsha Ackerlund, Hillsboro, argued the cause as intervenor *in propria persona.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Durham, Justices.

PER CURIAM

**PER CURIAM**

In this original proceeding, petitioner challenges the ballot title for a proposed initiative measure. Petitioner is an elector who timely submitted written comments addressed to the Attorney General's draft ballot title. Therefore, he is entitled to petition this court seeking a different title. ORS 250.085(2).

The Attorney General certified this ballot title to the Secretary of State:

"REPEALS PARTS OF 'OREGON EDUCATIONAL ACT FOR THE 21st CENTURY'

"QUESTION: Shall measure repeal statutes that are part of the law known as the 'Oregon Educational Act for the 21st Century'?

"SUMMARY: Measure would repeal listed statutes that are part of law called 'Oregon Educational Act for the 21st Century.' Directs 1995 legislature to 'design an elementary and secondary educational system that emphasizes academic excellence and is based on effective school practices.' Repeals laws that: set state's education and curriculum goals; extend the school year; and declare policy favoring parents' involvement. Also repeals laws that: require performance-based assessments for students to obtain certificates of mastery; favor early childhood education; encourage students to stay in school; other laws."

Petitioner asserts that the Summary is deficient in a certain way. We have considered his argument but conclude that the ballot title certified by the Attorney General complies substantially with the requirements of ORS 250.035(1), ORS 250.085(5), and therefore certify that ballot title.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(9).